# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KATIE LEANN WAGNER, <br><br> Defendant. | Case No. CR 14-96-GF-BMM <br><br> **ORDER FOR RELEASE** |

Upon Motion of Counsel for Ms. Wagner, there being no objection from the Government and good cause appearing.

IT IS HEREBY ORDERED that Defendant, Katie Leann Wagner, is hereby ORDERED released from the Cascade County Regional Detention Facility;

IT IS FURTHER HEREBY ORDERED that Ms. Wagner shall, upon her release, begin her term of 44 months supervised release.

DATED this 4$^h$ day of June, 2021.

_____
Brian Morris, Chief District Judge
United States District Court

1